## SANDS, receiver, etc., v. SON, appellant.

*Insurance — premium notes ; assessments upon — limitation by policy of term to sue — receivers.*

The fact that there had been losses allowed by the proper authority of a mutual fire insurance company, the details of which are given, and that there were eight judgments for losses against the company ; *held,* sufficient to justify an assessment by the receiver upon premium notes held by the company.

The assessment of premium notes for their full amount, although the nominal assets of the company were $98,864, and the losses only $47,684; *held,* not excessive where a very large portion of such assets consisted of uncollectible notes. A reasonable margin is to be allowed for contingencies.

It is not an objection to an assessment that the losses for which it is made were upon policies for which no premium notes were given but cash alone.

The neglect to sue a receiver of an insurance company for losses within the time limited by the policy is no bar to the claim.

BOARDMAN, J.

*Judgment affirmed.*

---

## SANDS, receiver, v. GRAVES, appellant.

*Evidence — presumption of insolvency.*

A judgment appointing a receiver for an insurance company is sufficient evidence in an action by such receiver, upon a premium note held by the company, that the assets of the company are not enough to pay its liabilities, and would raise a presumption that the whole of the premium note would be required for that purpose.

(In respect to excessive assessments, the court held the same as in *Sands* v *Son,* upon a like state of facts.)

BOARDMAN, J.

*Judgment affirmed.*